IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2013 OCT 24  P 4: 17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ex rel. BLAKE PERCIVAL ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. ~~2:11-CV-WKW~~ 2:11-CV-527-WKW |
| v. ) | |
| ) | **FILED EX PARTE AND UNDER SEAL** |
| U.S. INVESTIGATIONS SERVICES, INC.,) | |
| ) | |
| Defendant. ) | |

## THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes and intends to proceed with this action. The United States requests that it be given 90 days, up to January 22, 2014, in which to file its complaint.

The Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order accompanies this notice.

SCANNED

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General
Civil Division


GEORGE L. BECK, JR.
United States Attorney
Middle District of Alabama

By: *[signature]*
JAMES J. DUBOIS
Assistant United States Attorney
GA Bar Number: 231445
P.O. Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **James.DuBois2@usdoj.gov**


MICHAEL D. GRANSTON
TRACY L. HILMER
MELISSA R. HANDRIGAN
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3083
Email: **Melissa.R.Handrigan@usdoj.gov**

Dated: October 24, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. BLAKE PERCIVAL )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>U.S. INVESTIGATIONS SERVICES, INC.,)<br>  )<br>   Defendant. ) | Civil Action No. ~~2:11-CV-WKW~~ 2:11-CV-527-WKW<br><br>**FILED EX PARTE AND UNDER SEAL** |

## ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. the relator's complaint, the Government's Notice of Intervention, and this Order be unsealed;

2. the United States serve its Complaint upon defendant, together with this Order, by January 22, 2014;

3. all other papers or Orders on file in this matter shall remain under seal; and

4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This _____ day of _____, 2013.

_____
United States District Judge