IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. BLAKE PERCIVAL,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. INVESTIGATIONS<br>SERVICES, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. 2:11-CV-527-WKW<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Based upon the United States's election to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(A) (Doc. # 24), it is ORDERED that

1. the relator's complaint, the Government's Notice of Intervention, and this Order be unsealed;

2. the United States serve its Complaint upon Defendant, together with this Order, on or before **January 22, 2014**;

3. all other papers or orders on file in this matter shall remain under seal; and

4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

DONE this 29th day of October, 2013.

                                                  /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE