IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.*, BLAKE PERCIVAL,<br><br>     Plaintiff,<br><br>v.<br><br>U.S. INVESTIGATION SERVICES,<br>LLC,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:11-CV-527-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the court is the Government's motion to transfer venue.  (Doc. # 44.) Defendant U.S. Investigation Services, Inc. does not oppose the motion.  (Doc. # 46.)  Relator Blake Percival does not oppose the motion, but requests that "the claims raised pursuant to 31 U.S.C. § 3730(h) [retaliation claim] should not be transferred and instead [should] remain in this Court."  (Doc. # 47 ¶ 5.)  Defendant filed a reply (Doc. # 49), and argues that "bifurcat[ing] the claims in this action . . . goes against the whole principle of venue transfer and joinder of claims" because "the causes of action are inextricably intertwined."  (Doc. # 49, at 2–3.)

After careful consideration of the arguments of counsel and the record as a whole, the court finds that the balance of convenience and the interests of justice clearly weigh in favor of transfer and that the appropriate venue is the United

States District Court for the District of Columbia.  See 28 U.S.C. § 1404(A).

Accordingly, it is ORDERED that the motion to transfer venue (Doc. # 44) is

GRANTED.

The Clerk of the Court is DIRECTED to effect the transfer to the United

States District Court for the District of Columbia.

DONE this 24th day of April, 2014.

/s/ W.  Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE
